### 3623. DELL v. THE STATE.
### 3626. LANDRUM v. THE STATE.

HILL, C. J. These cases are controlled by *Combs* v. *State*, ante, 838 (72 S. E. 283). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Certiorari; from Fulton superior court—Judge Pendleton. May 23, 1911.

*P. H. Brewster Jr., Munday & Cornwell,* for plaintiffs in error.

*H. M. Dorsey, solicitor-general, Lowry Arnold, solicitor,* contra.

---

### 3624. COMBS v. THE STATE.

RUSSELL, J. This case is controlled by *Combs* v. *State* (No. 3625), ante, 838 (72 S. E. 283). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Certiorari; from Fulton superior court—Judge Pendleton. May 23, 1911.

*P. H. Brewster Jr., Munday & Cornwell,* for plaintiff in error.

*H. M. Dorsey, solicitor-general, Lowry Arnold, solicitor,* contra.

---

### 3632. ALEXANDER v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Sparta—Judge Moore. May 23, 1911.

*Hawes Cloud,* for plaintiff in error.

*R. L. Merritt, solicitor,* contra.